```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 8 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Laetitia Zidani

                        Plaintiff(s),

-against-

Michael Chertoff, the Secretary of Homeland
Security; Eduardo Aguirre, Director of US
Citizenship & Immigration; Andrea J. Quarantillo,
USCIS New York District Director and
Peter D. Keisler, US Attorney General

                        Defendant(s).

No. 07 Civ. 8693 (LTS)(HBP)
INITIAL CONFERENCE ORDER

LAURA TAYLOR SWAIN, DISTRICT JUDGE:

1.  It is hereby ORDERED that a pre-trial conference shall be held in the above-captioned matter on **December 4, 2007 at 3:30 p.m.** in Courtroom No. 17C[1], 500 Pearl Street, New York, New York 10007. It is further

2.  ORDERED that counsel[2] for plaintiff(s) shall serve a copy of this Initial Conference Order on each defendant within ten (10) calendar days following the date of this order, and that a copy of this Initial Conference Order shall also be served with any subsequent process that brings in additional parties, and that proof of such service shall be filed with the Court promptly. It is further

3.  ORDERED that counsel for the parties confer preliminarily at least ten (10) days prior to the date set forth in paragraph 1 above to discuss the following matters:

    a.  The status of the subject adjustment application.
    b   Facts that are not disputed and facts that are in dispute.
    c   Contested and uncontested legal issues.
    d   Consensual resolution of the issues raised in the mandamus petition.

---

[1] On the day of the conference, check the electronic board in the lobby to be certain of the proper courtroom.

[2] As used in this Order, the term "counsel" shall, in the case of an individual party who is proceeding Pro-se, mean such party.

It is further

4. ORDERED that counsel shall be prepared to discuss the foregoing at the pre-trial conference, as well as whether mediation may be helpful in resolving this case, and anticipated dispositive motions and a deadline therefor.

5. In the event that any party fails to comply with this Order, the Court may impose sanctions or take other action as appropriate. Such sanctions and action may include assessing costs and attorneys' fees, precluding evidence or defenses, dismissing the action, and/or the imposition of other appropriate penalties.

    IT IS SO ORDERED.

Dated: New York, New York
      October 17, 2007

LAURA TAYLOR SWAIN
United States District Judge