USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

JAN 2 2 2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

January 7, 2008

**VIA HAND DELIVERY**

IT IS ORDERED that ... this Memo
Endorsement is ... responsible for faxing or
otherwise delivering ... a copy to all counsel
... and filing a certificate of
... from the date hereof. Do
... to Chambers.

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl St., Room 755
New York, NY 10007

Re:  Zidani v. Chertoff, et al.
     07 Civ. 8693 (LTS)

Dear Judge Swain:

   This Office represents the defendants, Michael Chertoff, Secretary of the Department of Homeland Security, Eduardo Aguirre, Director of the United States Citizen and Immigration Services ("USCIS"), Andrea Quarantillo, New York District Director of USCIS, and Michael Mukasey, Attorney General of the United States (collectively, the "Government"), in the above-referenced mandamus proceeding. Plaintiff seeks to compel adjudication of her I-485 Application for Permanent Residence, which is based on her marriage to a United States citizen.

   At this time, this Office has been advised by USCIS that Plaintiff Zidani appeared on November 16, 2007, for her interview without her husband. Her interview was rescheduled for December 4, 2007, at which time she again appeared without her husband. On or about December 4, 2007, Plaintiff filed a self-petition Form I-360 as a Violence Against Women Act ("VAWA") applicant, alleging abuse by her husband. Once the Form I-360 is adjudicated, Plaintiff's adjustment of status will also be adjudicated.

   As a result, the Government respectfully requests a second extension of time to respond to Plaintiff's Complaint until March 10, 2008, to enable this Office to better determine the status of Plaintiff's recently-filed I-360 application, and to attempt to expedite a decision on this new application so as to avoid the need for further litigation. Plaintiff consents to this extension.

Copies ~~mailed/~~ faxed to  Deft's Counsel
Chambers of Judge Swain          1-22-08



RECEIVED
JAN 9 2008
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

Thank you for your consideration of this request.

Respectfully requested,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: [signature]
CAROLINA A. FORNOS
Assistant United States Attorney
Telephone: (212) 637-2740
Facsimile: (212) 637-2702

cc: **Via Email and First Class Mail**

Laetitia Zidani, *Pro Se*
1771 First Avenue, Apt. 7
New York, NY 10128
Email: lzd0160@yahoo.com

The request is granted.

SO ORDERED.

[signature] 1/22/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2