

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

April 28, 2008

**MEMO ENDORSED**

**VIA HAND DELIVERY**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl St., Room 755
New York, NY 10007

Re:   Zidani v. Chertoff, et al.
      07 Civ. 8693 (LTS)

Dear Judge Swain:

    This Office represents the defendants, Michael Chertoff, Secretary of the Department of Homeland Security, Eduardo Aguirre, Director of the United States Citizen and Immigration Services ("USCIS"), Andrea Quarantillo, New York District Director of USCIS, and Michael Mukasey, Attorney General of the United States (collectively, the "Government"), in the above-referenced mandamus proceeding which seeks to compel adjudication of Plaintiff's I-485 Application for Permanent Residence.

    At this time, this Office has been advised by both USCIS and Plaintiff that Plaintiff's I-485 has been granted. As such, the parties in the above-referenced matter respectfully submit for the Court's review and approval the enclosed signed Stipulation and Order of Dismissal.

    Additionally, the parties note that there is a pre-trial conference scheduled in this action on Friday, May 2, 2008, at 11:45 a.m. If the Court approves the parties' stipulation, the parties respectfully request that the conference be cancelled. *Request granted.*

    Thank you for your consideration of this request.

So ORDERED.
/s/ 4/28/08
LAURA TAYLOR SWAIN U.S.D.J.

Respectfully requested,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ CAROLINA A. FORNOS
Assistant United States Attorney
Telephone: (212) 637-2740
Facsimile:  (212) 637-2702
Email: carolina.fornos@usdoj.gov

Enclosure

Copies mailed/faxed to pro se TT & faxed to AUSA
Chambers of Judge Swain
4-30-08

cc: **Via Email and First Class Mail**

    Laetitia Zidani, *Pro Se*
    1771 First Avenue, Apt. 7
    New York, NY 10128
    Email: lzd0160@yahoo.com