UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAETITIA ZIDANI,

Plaintiff,

v.

MICHAEL CHERTOFF, The Secretary of Homeland
Security; EDUARDO AGUIRRE, Director of United
States Citizenship & Immigration Services;
ANDREA J. QUARANTILLO, United States
Citizenship & Immigration Services; PETER D.
KEISLER, United States Attorney General,

Defendants.



**STIPULATION AND
ORDER OF DISMISSAL**

07 Civ. 8693 (LTS)

WHEREAS United States Citizenship and Immigration Services has approved Plaintiff's

application for permanent resident status;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

for the parties, that the above-captioned action is hereby dismissed with prejudice without costs or

attorney's fees to any party.

Dated: New York, New York
       April 10, 2008

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: LAETITIA ZIDANI, *Pro Se*
1771 First Avenue, Apt. 7
New York, NY 10128
Email: lzd0160@yahoo.com

By: CAROLINA A. FORNOS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2740
Fax: (212) 637-2702
Email: CAROLINA.fornos@usdoj.gov
*Attorneys for Defendants*

SO ORDERED:

4/28/08

HON. LAURA TAYLOR SWAIN
United States District Judge, S.D.N.Y

Copies mailed/faxed to _Pro Se Π c fAxeQ to AUSA_
Chambers of Judge Swain
4-30-08